IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANE MYRON SCOTT, | ) | No. C 11-3135 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

An order of judgment is hereby entered DISMISSING this action for lack of jurisdiction.

IT IS SO ORDERED.

DATED: 7/29/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Scott135jud.wpd